UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DELTA COATINGS, INC.,**

     **Plaintiff**

**VERSUS**

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, FORMALLY KNOWN AS THE TRAVELERS COMPANIES, INC.**

     **Defendant**

**CIVIL ACTION NO. 3:15-CV-00222-BAJ-RLB**

---

### MOTION AND ORDER TO CONTINUE

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Delta Coatings, Inc., who moves this Honorable Court to continue the due date for his Memorandum in Opposition that is currently due on September 12, 2016, be continued/stalled for the following reasons:

1.

Plaintiff filed a Motion to Remand on June 17, 2016, in the above caption case, which has not been ruled on as of this date.

2.

Defendant filed his Motion for Summary Judgment on August 19, 2016. In accordance with the deadline/hearings page on the CM/ECF Middle District of Louisiana, the opposition should be due on September 12, 2016.

3.

Plaintiff's counsel's office has been affected tremendously due to the extensive flooding that

has occurred in the East Baton Rouge, Livingston, St. Helena, Ascension Parish and surrounding areas.

4.

The flooding of residential homes and businesses have been affected and were not fully staffed and operating because owners/workers were not able to return to work due to the flooding, i.e. houses, cars, roads/highways being impassable during and after the flood.

5.

Subsequent to the reasons above, plaintiff's counsel is scheduled to be out of the country on a vacation, that has been planned since 2015, from August 30, 2016, to September 15, 2016, and will not have sufficient time to prepare an opposition.

6.

Plaintiff's counsel is requesting that any and all motions filed since the filing of his Motion to Remand be stalled and/or continued until a later date after the Motion to Remand has been ruled upon.

**THEREFORE** plaintiff request that his Memorandum in Opposition due on September 12, 2016, be continued until a later date, after the Motion to Remand has been ruled upon.

                Respectfully submitted:

                */s/ Craig S. Watson*
                CRAIG S. WATSON
                LSBA #: 14485
                3909 Plaza Tower Drive
                Baton Rouge, LA 70816
                225-292-3800
                225-292-3803 (FACSIMILE)

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2016, a copy of the foregoing Motion to Continuance was filed electronically with the Clerk of Court using the CM/ECF system. A notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*/s/ Craig S. Watson*
CRAIG S. WATSON